91 (Rev. 5/95) Criminal Complaint

_____

# UNITED STATES DISTRICT COURT

_____SOUTHERN DISTRICT OF TEXAS_____
BROWNSVILLE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br>V<br>**MORALES RODRIGUEZ, Martha Elena**<br>A201 781 657 | **CRIMINAL COMPLAINT**<br><br>CASE NUMBER: 1:19-**PO 029** |

I, the undersigned being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about <u>05/03/2019</u> in <u>Cameron</u> County, in the <u>SOUTHERN</u> District of <u>TEXAS</u> defendant, did,

knowingly, willfully and in violation of law aided and abetted one undocumented alien minor to attempt to gain illegal entry into the United States,

in violation of Title <u>   18   </u> United States Code, Section(s) <u>       2       </u>,
in violation of Title <u>    8   </u> United States Code, Section(s) <u>   1325 (a)(3)   </u>.

I further state that I am a <u>Customs and Border Protection Officer</u> and that this complaint is based on the following facts:

The defendant knowingly aided and abetted one undocumented alien minor to attempt to gain illegal entry into the United States from Mexico as a passenger in a taxi through the Gateway International Bridge in Brownsville, Texas. The defendant in knowing and willful misrepresentation of a material fact presented a United States birth certificate on behalf on the undocumented minor alien. The defendant further claimed that the undocumented minor alien was her niece to a U.S. Customs and Border Protection Officer. In secondary, the minor alien was determined to be a citizen and national of Mexico by birth with no documents to enter and/or reside in the United States.

Defendant had $530.00 USD and $40.00 MEX pesos.
**Continued on the attached sheet and made a part hereof:** ___Yes   X   No

/s/
_____
**Rebecca Longoria CBPEO**
Signature of Complainant

**Sworn to before me and subscribed in my presence,**

<u>May 05, 2019</u>                                at        **Brownsville, Texas**
Date                                                                City and State


**RONALD G. MORGAN, U.S. MAGISTRATE JUDGE**        _____
Name & Title of Judicial Officer                                Signature of Judicial Officer