# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

| | | | |
|---|---|---|---|
| **UNITED STATES OF AMERICA** | § | | |
| VS. | § | CASE NO.: | **B-19-PO-029-01** |
| **Martha Elena Morales Rodriguez** | § | | |

## JUDGMENT

On **May 6, 2019**, defendant appeared in person and with counsel, **Sandra Zayas,** Assistant Federal Public Defender.

Whereupon the defendant entered a plea of guilty to the offense of knowingly, willfully, and in violation of law aid and abet one undocumented alien minor to attempt to gain illegal entry into the United States, in violation of **Title 18, United States Code, Section 2, and Title 8, United States Code Section 1325(a)(3)** as charged in the Complaint, and the court having asked the defendant whether she had anything to say why judgment should not be pronounced, and no sufficient cause to the contrary being shown or appearing to the Court;

IT IS ADJUDGED that the defendant is guilty as charged and convicted.

The defendant is hereby sentenced to **TIME SERVED;** and a special assessment of $10.00 is imposed.

DONE at Brownsville, Texas, on **May 6, 2019.**

Ronald G. Morgan
United States Magistrate Judge

## R E T U R N

I have executed the within Judgment and Commitment as follows:

Defendant delivered on _____ to _____
at _____, with a certified copy of the Judgment.

By: _____,
Deputy U.S. Marshal